## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ESTATE OF JAMES D. GALLOWAY,    )

     )    Civil Action No. 05-50 Erie

       Plaintiff,    )

     )

    v.    )

     )

UNITED STATES OF AMERICA,    )

     )

       Defendant.    )

## NOTICE OF SCHEDULING CHANGE

TAKE NOTICE that the initial case management conference previously scheduled in the above-captioned case for July 26, 2005 has been **RESCHEDULED** and will take place before the Honorable Sean J. McLaughlin, on **Thursday, August 11, 2005, at 10:00 am** in Room A-250, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.

s/ Kathleen A. Scibetta
Law Clerk to Judge McLaughlin

Dated: July 26, 2005

cm:    All counsel of record. _____