IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ESTATE OF JAMES D. GALLOWAY, Deceased, by and through EDMOND C. GALLOWAY, Successor Trustee of the JAMES D. GALLOWAY Revocable Living Trust,<br><br>        Plaintiff<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>        Defendant | CIVIL ACTION NO.  05-0050 ERIE<br><br>Judge Sean J. McLaughlin |

### PRAECIPE FOR WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of the Plaintiff, in the above-captioned matter.

Respectfully submitted,

By   /s/ Kenneth W. Wargo
Kenneth W. Wargo, Esquire

### PRAECIPE FOR ENTRY OF APPEARANCE

Please enter my appearance on behalf of the Plaintiff, THE ESTATE OF JAMES D. GALLOWAY, Deceased, by and through EDMOND C. GALLOWAY, Successor Trustee of the JAMES D. GALLOWAY Revocable Living Trust in the above-captioned matter.  Service of all future pleadings, papers and orders in this matter may be made on me at the address set forth below.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS,
TOOHEY AND KROTO, INC.

By   /s/ Arthur D. Martinucci
Arthur D. Martinucci, Esquire
Pa. I.D. #63699
2222 West Grandview Boulevard
Erie, PA  16506
(814) 833-2222
Attorney for the Plaintiff