IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF JAMES D. GALLOWAY, ) | |
| ) | Civil Action No. 05-50 Erie |
| Plaintiff, ) | |
| ) | Judge McLaughlin |
| v. ) | |
| ) | Electronically Filed |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF ENTRY OF APPEARANCE OF JONATHAN D. CARROLL

TO THE CLERK OF THE COURT:

PLEASE enter the appearance of trial attorney JONATHAN D. CARROLL, in substitution for Ivan Dale, as counsel for the United States in the above captioned case.

Dated:    August 24, 2005.

                                                Respectfully submitted,

                                                MARY BETH BUCHANAN
                                                United States Attorney

For:    JONATHAN D. CARROLL
              Trial Attorney, Tax Division
              U.S. Department of Justice
              P.O. Box 227
              Washington, D.C. 20044
              Telephone (202) 307-6669


              /s/ Lee J. Karl
            LEE J. KARL
            PA ID No. 87856
            Assistant United States Attorney
            700 Grant Street, Suite 4000
            Pittsburgh, PA 15219
            (412) 644-3500