IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ESTATE OF JAMES D. | : | |
| GALLOWAY, Deceased, by and through | : | Civil Action No. 05-0050 Erie |
| EDMOND C. GALLOWAY, Successor | : | |
| Trustee of the JAMES D. GALLOWAY | : | Judge Sean J. McLaughlin |
| Revocable Living Trust, | : | |
|     Plaintiff | : | |
| | : | |
|         v. | : | |
| | : | |
| THE UNITED STATES OF AMERICA, | : | |
|     Defendant | : | |

**<u>UNOPPOSED MOTION TO SUBSTITUTE EDMOND C. GALLOWAY, SUCCESSOR
TRUSTEE, AS PLAINTIFF AND AS THE REAL PARTY IN INTEREST</u>**

      The plaintiff, the Estate of James D. Galloway, Deceased, by and through

Edmond C. Galloway, Successor Trustee of the James D. Galloway Revocable Living

Trust, by and through undersigned counsel, move this Court for an order substituting

Edmond C. Galloway, Successor Trustee, as the sole plaintiff in this case.  In support of

this motion, the movants aver as follows:

      1.     The original complaint identifies the plaintiff as above captioned.

      2.     The appropriate plaintiff is Edmond C. Galloway, Successor Trustee of the

James D. Galloway Revocable Living Trust.

      3.     Under applicable law, an estate cannot be a plaintiff in an action.  <u>In re</u>

<u>Harrisburg Trust Co.</u>, 80 Pa. Super 585 (1923).  Accordingly, the substitution described

above is necessary in order for the plaintiff, as substituted, to have proper standing to

bring plaintiff's actions.

4.     Edmond C. Galloway in his capacity as substituted plaintiff shall be deemed to have the same affect as if he had originally commenced the above captioned action.

5.     The parties cooperate in this unopposed motion to comply with FRCP Rule 17.  Defendant does not oppose this motion and the relief sought herein.

6.     The Court is authorized to grant this motion under FRCP Rules 17 and 25 and the substitution shall have the same effect as if the action had been originally commenced in the name of the real party in interest.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.


/s/Arthur D. Martinucci_____
Arthur D. Martinucci
Pa. I.D. No. 63699
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4509
(814) 833-2222
Attorney for Plaintiff Estate of James D.
Galloway and Edmond C. Galloway,
Executor of the Estate of James D.
Galloway

The relief sought by this motion is
unopposed.

MARY BETH BUCHANAN
United States Attorney

/s/Jonathan D. Carroll                              /s/Lee Karl
Jonathan D. Carroll                                 Lee Karl
Trial Attorney, Tax Division                        Assistant United States Attorney
U.S. Department of Justice                          700 Grant Street, Suite 400
P. O. Box 227                                       Pittsburgh, PA  15219
Ben Franklin Station                                Telephone (412) 644-3500
Washington, DC  20044                               Attorneys for the United States
Telephone (202) 307-6615                            (Electronic signature by permission)
(Electronic signature by permission)