IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ESTATE OF JAMES D. GALLOWAY, Deceased, by and through EDMOND C. GALLOWAY, Successor Trustee of the JAMES D. GALLOWAY Revocable Living Trust,<br>    Plaintiff | : : : : : : : | Civil Action No. 05-0050 Erie<br><br>Judge Sean J. McLaughlin |
| v. | : : | |
| THE UNITED STATES OF AMERICA,<br>    Defendant | : : | |

## **ORDER**

This matter is before the Court upon the unopposed motion of plaintiff, Estate of James D. Galloway, Deceased, by and through Edmond C. Galloway, Successor Trustee of the James D. Galloway Revocable Living Trust, by and through its counsel to substitute Edmond C. Galloway, Successor Trustee, in his capacity as Successor Trustee of the Trust under agreement of James D. Galloway, now deceased, as the sole plaintiff in this case; and that the substituted plaintiff be deemed to be the real party in interest and shall further be deemed to have timely filed the action before this Court.

AND NOW, this _____ day of _____, 2005, upon consideration of the foregoing motion and it appearing that said motion should be granted under FRPC Rule 17, it is hereby ORDERED that the unopposed motion to substitute personal representative as plaintiff is granted.

It is further ORDERED that Edmond C. Galloway, Successor Trustee of the Trust under agreement of James D. Galloway, now deceased, is hereby substituted as the sole party plaintiff.

It is further ORDERED that Edmond C. Galloway, Successor Trustee, is hereby substituted as the sole party plaintiff as if he had originally filed the above captioned complaint.

_____
Sean J. McLaughlin
UNITED STATES DISTRICT JUDGE