

RECORDER OF DEEDS

94 MAY 25 AM 9:57

BK0336 PG0629

3309

## AMENDMENT TO A DECLARATION OF TRUST

THIS AMENDMENT amends a DECLARATION OF TRUST made by JAMES D. GALLOWAY, also known as J. D. GALLOWAY, of the Township of Conneaut, County of Erie and Commonwealth of Pennsylvania, and known as the JAMES D. GALLOWAY REVOCABLE LIVING TRUST dated March 5, 1991, and recorded at the Erie County Recorder of Deeds Office, Erie County, Pennsylvania, on March 8, 1991 in Book 0152, Page 0883.

I hereby adopt the following specific amendments to the aforesaid Agreement:

1. There is added to the terms of the Trust the following provision which shall be Article II (2.03): Upon my death, the real estate described in Erie County Record Book 152, Page 890, shall be transferred to my son, EDMOND C. GALLOWAY, absolutely and free of trust. Further, that $50,000.00 is to be given my son, EDMOND C. GALLOWAY, in addition to the above mentioned real estate.

2. Article II - Final Distribution is amended as follows: On March 1, 2006, I direct that half the principal shall be divided into five (5) equal shares and paid over to the following individuals: KAREN M. GALLOWAY, DAVID M. GALLOWAY, SHARON M. GALLOWAY, WILLIAM G. GALLOWAY and STEVEN D. GALLOWAY. Said amounts to be distributed to each one free of trust on March 1, 2006 or my death, whichever is later, I direct that the remaining principal and any earned but undistributed income shall be paid over and distributed to the five (5) heirs ON March 1, 2016. If any of the five (5) heirs identified above are not living at the time their shares will go to the remaining living heirs.

3. Article IV - Successor Trustees: In the event of my death or disability, I hereby appoint my son, EDMOND C. GALLOWAY, as Successor Trustee under the terms and conditions herein set forth. In the event my son, Edmond C. Galloway, is or becomes at any time unable, for any reason, to carry out the terms and provisions of this trust, I nominate, constitute and appoint my granddaughter, KAREN M. GALLOWAY, to serve as Trustee under the terms and conditions herein set forth. In the event my said granddaughter, KAREN M.

EXHIBIT B

BK0336 PG0630

GALLOWAY, is or becomes at any time unable for any reason to carry out the terms and provisions of this Trust, I nominate, constitute and appoint my grandson, DAVID M. GALLOWAY, to serve as Trustee under the terms and conditions herein set forth.

4. I hereby reserve the right to amend, revoke or alter the terms and provisions of this Trust for the remainder of my natural life.

5. Except as here and before set forth, I hereby ratify and confirm the terms and provisions of the JAMES D. GALLOWAY REVOCABLE LIVING TRUST.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 20th day of May, 1994.

_____
JAMES D. GALLOWAY, a/k/a

_____
J. D. GALLOWAY

"EXHIBIT B"

BK0336 PG0631

## AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF ERIE

I, JAMES D. GALLOWAY a/k/a J. D. GALLOWAY, whose name is signed to the attached or foregoing instrument, having been duly qualified according to law, do hereby acknowledge that I signed and executed the foregoing instrument; that I signed it willingly; and that I signed it as my free and voluntary act for the purposes therein expressed.

Sworn or affirmed to and acknowledged before me by JAMES D. GALLOWAY a/k/a J. D. GALLOWAY, this 20th day of May, 1994.

_____
JAMES D. GALLOWAY, a/k/a

_____
J. D. GALLOWAY

_____
NOTARY PUBLIC


## AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF ERIE

We, Sharon M. GAlloway, EDward J. Kempf, Jr. and _____, the witnesses whose names are signed to the attached or foregoing instrument, being duly qualified according to law, do depose and say that we were present and saw JAMES D. GALLOWAY, a/k/a J. D. GALLOWAY, sign and execute the foregoing instrument; that he signed willingly and that he executed it as his free and voluntary act for the purposes therein expressed; that each of us in the hearing and sight of JAMES D. GALLOWAY, a/k/a J. D. GALLOWAY, signed the foregoing document as witnesses; and that to the best of our knowledge, JAMES D. GALLOWAY, a/k/a J. D. GALLOWAY, was at the time 18 or more years of age, of sound mind and under no constraint or undue influence.

Sworn or affirmed to and subscribed before me by James D. GAlloway, _____, Sharon M. GAlloway and EDward J. Kempf, Jr. this 20th day of May, 1994.

_____
WITNESS

_____
WITNESS

_____
WITNESS

_____
NOTARIAL SEAL
PHYLLIS R. MIKOVCH, NOTARY PUBLIC
ELK CREEK TWP., ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES SEPT. 1, 1997

"EXHIBIT B"