BK0392 PG0596

## Amendment to a Declaration of Trust

1081

THIS AMENDMENT amends a DECLARATION OF TRUST made by JAMES D. GALLOWAY, also known as J. D. GALLOWAY, of the Township of Conneaut, County of Erie, and Commonwealth of Pennsylvania, and known as the JAMES D. GALLOWAY REVOCABLE LIVING TRUST dated March 5, 1991, and recorded at the Erie County Recorder of Deeds Office, Erie County, Pennsylvania, on March 8, 1991 in Book 0152, Page 0883.

I hereby adopt the following specific amendments to the aforesaid Agreement:

1. The following provision which is Article II (2.03) shall not be amended: I direct that, upon my death, the real estate described in Erie County Record Book 152, page 890, shall be transferred to my son, EDMOND C. GALLOWAY, absolutely and free of trust. Further, that $50,000.00 is to be given my son, EDMOND C. GALLOWAY in addition to the above mentioned real estate.

2. Article II - Final Distribution is amended as follows:

A. Upon my death, my 1987 MERCURY MARQUIS is to be given to SHARON M. GALLOWAY, ONLY AFTER the said car's title has been transferred into her name.

B. I direct that my stock held in the VANGUARD PENNSYLVANIA TAX FREE FUND, INSURED LONG-TERM PORTFOLIO (Account Number 9887393193) and my stock held in FORD MOTOR COMPANY shall be divided in two (2) equal shares, and paid to the following: KAREN M. GALLOWAY and THE JAMES D. AND RUTH E. GALLOWAY SCHOLARSHIP FUND of the FEDERATED CHURCH (located in East Springfield, Pennsylvania). Said amounts to be distributed not more than one (1) year after the date of my death.

C. I direct that ONE HALF of the REMAINING PRINCIPAL held in stocks with the COMMUNITY NATIONAL BANK; AT & T, USX CORP STEEL, USX CORP MARATHON, and my H-SERIES GOVERNMENT BONDS, and any other remaining principal and any earned but undistributed income shall be divided into two (2) equal shares and paid over to the following individuals: DAVID M. GALLOWAY and KAREN M. GALLOWAY. Said amounts to be distributed to each one free of trust on March 1, 2006, or my death, whichever is later. I direct that the remaining principal and any earned but undistributed income shall be paid over and distributed to the two (2) heirs identified above ON MARCH 1, 2016. If any of the two heirs identified above are not living at the time, their shares will go to the WLD RANCH of the FEDERATED CHURCH.

EXHIBIT
C

BK0392 PG0597

3. I direct that, upon my death, the CERTIFICATE of DEPOSIT BOND held at MARQUETTE SAVINGS AND LOAN (Account Number 5-456563-0 only) shall be distributed upon it's termination, to the following individuals: WILLIAM J. GALLOWAY, DAVID M. GALLOWAY, and KAREN M. GALLOWAY.

I hereby reserve the right to amend, revoke, or alter the terms and provisions of this Trust for the remainder of my natural life.

Except as here and before set forth, I hereby ratify and confirm the terms and provisions of the JAMES D. GALLOWAY REVOCABLE LIVING TRUST.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _3rd_ day of _JULY_, 1995.

_____
JAMES D. GALLOWAY a/k/a
_____
J. D. GALLOWAY

STATE OF PENNSYLVANIA:
                        SS:
COUNTY OF ERIE       :

On this, the _3rd_ day of _JULY_, 1995, before me the undersigned officer, personally appeared known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged that he/she/they executed the same for purpose therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Title of Officer

NOTARIAL SEAL
GREGORY J. KERN, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNSYLVANIA
MY COMMISSION EXPIRES OCT. 28, 1998

"EXHIBIT C"