```
INTEREST AND PENALTY BEEEN REPORT ? FILTERS                    1 215 597 7827   P.05/06
Taxpayer name...:                                                   04-03-02
Taxpayer ID#....:                                                   Page 1
```

|  |  |  | Event Date |
|---|---|---|---|
| Events | Date | Amount | Balance (1) |
| Tax | 04-22-99 | 306,604.57 | 306,604.57 |
| Payment | 04-26-99 | <152,737.09> | 154,136.37 |
| Payment | 07-09-99 | <15,900.00> | 140,756.44 |
| Payment | 09-27-99 | <278.55> | 142,967.44 |
| Payment | 10-16-00 | <1,963.00> | 154,411.46 |
| Payment | 02-05-01 | <140,000.00> | 18,726.51 |
| Interest Computation Date | 04-12-02 |  | 20,394.13 |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Tax | 04-22-99 |  | 306,604.57 |  | 306,604.57 |
| Interest | 04-26-99 | 8.00 | 306,604.57 | 268.89 | 306,873.46 |
| Payment | 04-26-99 |  | <152,737.09> |  | 154,136.37 |
| Interest | 06-30-99 | 8.00 | 154,136.37 | 2,211.39 | 156,347.76 |
| Interest | 07-09-99 | 8.00 | 156,347.76 | 308.68 | 156,656.44 |
| Payment | 07-09-99 |  | <15,900.00> |  | 140,756.44 |
| Interest | 09-27-99 | 8.00 | 140,756.44 | 2,489.55 | 143,245.99 |
| Payment | 09-27-99 |  | <278.55> |  | 142,967.44 |
| Interest | 09-30-99 | 8.00 | 142,967.44 | 94.03 | 143,061.47 |
| Interest | 12-31-99 | 8.00 | 143,061.47 | 2,913.70 | 145,975.17 |
| Interest | 03-31-00 | 8.00 | 145,975.17 | 2,932.30 | 148,907.47 |
| Interest | 06-30-00 | 9.00 | 148,907.47 | 3,369.25 | 152,276.72 |
| Interest | 09-30-00 | 9.00 | 152,276.72 | 3,483.78 | 155,760.50 |
| Interest | 10-16-00 | 9.00 | 155,760.50 | 613.96 | 156,374.46 |
| Payment | 10-16-00 |  | <1,963.00> |  | 154,411.46 |
| Interest | 12-31-00 | 9.00 | 154,411.46 | 2,912.49 | 157,323.95 |
| Interest | 02-05-01 | 9.00 | 157,323.95 | 1,402.56 | 158,726.51 |
| Payment | 02-05-01 |  | <140,000.00> |  | 18,726.51 |
| Interest | 03-31-01 | 9.00 | 18,726.51 | 250.98 | 18,977.49 |
| Interest | 06-30-01 | 8.00 | 18,977.49 | 382.27 | 19,359.76 |
| Interest | 09-30-01 | 7.00 | 19,359.76 | 344.58 | 19,704.34 |
| Interest | 12-31-01 | 7.00 | 19,704.34 | 350.71 | 20,055.05 |
| Interest | 03-31-02 | 6.00 | 20,055.05 | 298.89 | 20,353.94 |
| Interest | 04-12-02 | 6.00 | 20,353.94 | 40.19 | 20,394.13 |

| ----- Summary as of 04-12-02 ----- |  |  |  |  |
|---|---|---|---|---|
|  | Amount | Payments | Deposits | Balance |
| Tax | 306,604.57 | <306,604.57> | 0.00 | 0.00 |
| Interest | 24,668.20 | <4,274.07> | 0.00 | 20,394.13 |
| Totals | 331,272.77 | <310,878.64> | 0.00 | 20,394.13 |

```
Prepared using: FEDERAL        IRS interest rates
Table end date: 06-30-02       USER Table
```



EXHIBIT
E

TOTAL P.06