**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI  OH   45999-0049

In reply refer to: 0264202746
Feb. 05, 2003    LTR 105C
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V  000000  52  000    1
                                 00093

JAMES D GALLOWAY ESTATE
EDMOND C GALLOWAY SUCCESSOR TRUSTEE
% JAMES R STEADMAN ESQ
24 MAIN ST EAST PO BOX 87
GIRARD  PA  16417

CERTIFIED MAIL

Taxpayer Identification Number:  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V
             Kind of Tax:  Estate
        Amount of Claim(s):  $  160,394.13

    Date Claim(s) Received:  July 22, 2002
          Tax Period(s):  July 22, 1998

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

The deduction was previously disallowed after examination.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

You should include the following:

   1.  A statement that you want to appeal the disallowance.

   2.  Your name, address, and a telephone number where you can be contacted during the day.

   3.  A statement of facts supporting your reasons for disputing the disallowance.

   4.  A statement outlining the law or other authority that supports your claim.

You must declare that the statement of facts is true under penalties of perjury. You may do this by adding the following statement and signing it:

    "Under penalties of pe[rjury, I declare] that the facts
     present on my writte[n statement are, to] the best of my

[EXHIBIT F]

```
                                          0264202746
                            Feb. 05, 2003    LTR 105C
                            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V 000000 52 000    1
                                               00095
```

JAMES D GALLOWAY ESTATE
EDMOND C GALLOWAY SUCCESSOR TRUSTEE
% JAMES R STEADMAN ESQ
24 MAIN ST EAST PO BOX 87
GIRARD  PA  16417


				Sincerely yours,

				*Susan A. Hansen*

				Susan A. Hansen, Field Director
				Compliance Svcs.

Enclosure(s):
Publication 1
Envelope


**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0049

```
JAMES D GALLOWAY ESTATE
EDMOND C GALLOWAY SUCCESSOR TRUSTEE
% JAMES R STEADMAN ESQ
24 MAIN ST EAST PO BOX 87
GIRARD   PA   16417
```

---

Be sure the IRS address appears in your envelope window.
0264202746

Letter Number: LTR0105C
Letter Date   : 2003-02-05
Tax Period    : 000000

*717096319*

JAMES D GALLOWAY ESTATE
EDMOND C GALLOWAY SUCCESSOR TRUSTEE
% JAMES R STEADMAN ESQ
24 MAIN ST EAST PO BOX 87
GIRARD   PA   16417

INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0049

717096319 NP       52 0 000000 000 0000000000