IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDMOND C. GALLOWAY, Successor Trustee of the JAMES D. GALLOWAY Revocable Living Trust,<br>　　Plaintiff | : : : : : | Civil Action No. 05-0050 Erie<br><br>Judge Sean J. McLaughlin |
| v. | : : | |
| THE UNITED STATES OF AMERICA,<br>　　Defendant | : : | |

## **ORDER**

AND NOW, in consideration of the Plaintiff's foregoing Motion for Summary Judgment, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED, and judgment be, and hereby is AWARDED to Plaintiff in the amount of $160,394.13, together with costs and interest thereon as a refund of estate tax illegally and erroneously assessed and collected from the Plaintiff.

　　　　　　　　　　　　　　　　　　　For the Court:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Sean J. McLaughlin, District Court Judge

1