IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

EDMOND C. GALLOWAY,         )
                                       )
             Plaintiff,     )
                                       )
     v.                     )     Civil Action No. 05-50 Erie
                                       )
UNITED STATES,              )
                                       )
             Defendant.    )

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States of America, moves the Court to enlarge the time for it to reply to plaintiff's motion for summary judgment and file its cross-motion for summary judgment. The specific relief sought is an enlargement of time of seven days, to and including February 13, 2006, in which to file its reply and cross-motion for summary judgment. The current deadline for filing these documents is February 6, 2006.

The grounds for this motion is that counsel for the United States needs an additional seven days to consult with attorneys for the Internal Revenue Service and complete the reply and cross-motion for summary judgment.

Plaintiff does not oppose this motion.

1533751.1

A proposed order granting the relief requested is attached.

Date: February 6, 2006.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

/s/  Jonathan D. Carroll
JONATHAN D. CARROLL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-6669

1533751.1