IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDMOND C. GALLOWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-50 Erie |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING ENLARGEMENT OF TIME**

Having considered the United States' unopposed motion for an enlargement of time to file its reply to plaintiff's motion for summary judgment and to file its cross-motion for summary judgment, it is this ___ day of _____, 2006:

ORDERED that the United States shall have up to and including February 13, 2006, to file its reply to plaintiff's motion for summary judgment and its cross-motion for summary judgment.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1533745.1