IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDMOND C. GALLOWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05-50 Erie |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Unopposed Motion for Enlargement of Time has been made this 3rd day of 2006, by ECF to:

       I. John Dunn, Esquire
       Arthur D. Martinucci, Esquire
       2222 West Grandview Boulevard
       Erie, PA 16506

       /s/ Jonathan D. Carroll
       JONATHAN D. CARROLL
       Trial Attorney, Tax Division
       U.S. Department of Justice
       Post Office Box 227
       Washington, D.C.  20044
       Telephone: (202) 307-6669