IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDMOND C. GALLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-50 Erie |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Having considered the United States' motion for summary judgment along with its brief in support thereof, and having further considered plaintiff's opposition, if any, the Court concludes that the motion should be granted. Accordingly, it is this ____ day of _____, 2006, ORDERED AND ADJUDGED as follows:

1. The United States' motion for summary judgment is GRANTED.

2. The Complaint is DISMISSED, with prejudice.

 

_____
UNITED STATES DISTRICT JUDGE

1544059.1