IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDMOND C. GALLOWAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 05-50 Erie |
| UNITED STATES, | ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Motion for Summary Judgment, United States' Memorandum in Support of its Cross-Motion for Summary Judgement and Response to Plaintiff's Motion for Summary Judgment, and proposed Order has been made this 13th day of February, 2006, by ECF to:

>I. John Dunn, Esquire
>Arthur D. Martinucci, Esquire
>2222 West Grandview Boulevard
>Erie, PA 16506

>/s/ Jonathan D. Carroll
>JONATHAN D. CARROLL
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 227
>Washington, D.C. 20044
>Telephone: (202) 307-6669

1533747.1