IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ESTATE OF JAMES D. GALLOWAY, )<br>      Plaintiff, )<br>Vs. ) | Civil Action No. 05-50 Erie |
| )<br>UNITED STATES OF AMERICA, )<br>      Defendant. ) | |

## **NOTICE**

PLEASE TAKE NOTICE that an **Oral Argument** on the Motions for Summary Judgment on the above-entitled case has been scheduled for **April 6, 2006** at **1:30 p.m.** before the Honorable Sean J. McLaughlin, in Courtroom C, U.S. Courthouse and Postoffice, Erie, PA.

                                              S/Nicole M. Kierzek
                                              Courtroom Deputy Clerk to
                                              Sean J. McLaughlin, U.S. District Judge

cc: all parties of record