# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ESTATE OF JAMES D. GALLOWAY, Deceased, by and through EDMOND C. GALLOWAY, Successor Trustee of the JAMES D. GALLOWAY Revocable Living Trust,<br><br>Plaintiff<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant | CIVIL ACTION NO. 05-0050 ERIE<br><br>Judge Sean J. McLaughlin |

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

The undersigned counsel each withdraws his individual appearance on behalf of the Plaintiff, in the above-captioned case. Attorney Dunn is not trial counsel, and Attorney Wargo is no longer with Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc. The law firm of Quinn Buseck Leemhuis Toohey & Kroto, Inc. by Arthur D. Martinucci, Esquire, is not withdrawing its appearance or Attorney Martinucci's appearance. This withdrawal is made so that the undersigned may not be in violation of the Courts' Miscellaneous Orders under Misc. No. 2006-34 and 2005-186 regarding electronic filing.

Respectfully submitted,

By _____
I. John Dunn, Esquire
Pa. I.D. #10165
2222 West Grandview Boulevard
Erie, PA 16506
(814) 833-2222

By _____
Kenneth W. Wargo, Esquire
Pa. I.D. # 47020
2222 West Grandview Boulevard
Erie, PA 16506
(814) 833-2222

U.S. DISTRICT COURT
CLERK
'06 MAR 10 A11:15
FILED

Document #263109, v1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ESTATE OF JAMES D. GALLOWAY, Deceased, by and through EDMOND C. GALLOWAY, Successor Trustee of the JAMES D. GALLOWAY Revocable Living Trust,<br><br>　　　　　　　　Plaintiff<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>　　　　　　　　Defendant | CIVIL ACTION NO. 05-0050 ERIE<br><br>Judge Sean J. McLaughlin |

### CERTIFICATE OF SERVICE

I hereby certify that I am this 10th day of March, 2006 serving a true and correct copy of the foregoing Praecipe for Withdrawal of Appearance by U.S. First Class Mail or hand delivery on the following individual(s):

James R. Steadman, Esquire
Steadman Law Office
24 Main Street East
Girard, Pa 16417

Arthur D. Martinucci, Esquire
The Quinn Law Firm
2222 West Grandview Boulevard
Erie, PA 16506-4508

Jonathan D. Carroll, Esquire
United States Department of Justice
Ben Franklin Station
P.O. Box 227
Tax Division
Washington, DC 20044

　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　I. John Dunn, Esquire
　　　　　　　　　　　　　　　Pa. I.D. #10165
　　　　　　　　　　　　　　　2222 West Grandview Boulevard
　　　　　　　　　　　　　　　Erie, PA 16506
　　　　　　　　　　　　　　　(814) 833-2222