IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ESTATE OF JAMES D. GALLOWAY, Deceased, by and through EDMOND C. GALLOWAY, Successor Trustee of the JAMES D. GALLOWAY Revocable Living Trust,<br><br>                Plaintiff<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>                Defendant | CIVIL ACTION NO. 05-0050 ERIE<br><br>Judge Sean J. McLaughlin |

### ORDER

AND NOW, to-wit, this _____ day of March, 2006, upon consideration of the foregoing Praecipe for Withdrawal of Appearance, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.

Prothonotary will note that counsel of record for the Plaintiff, The Estate of James D. Galloway, Deceased, by and through Edmond C. Galloway, Successor Trustee of the James D. Galloway Revocable Living Trust shall, from this date forward, be Arthur D. Martinucci, Esquire of the Quinn Law Firm, 2222 West Grandview Boulevard, Erie, Pennsylvania 16506-4508. Prothonotary will also remove the appearances of Ira John Dunn, Esquire and Kenneth W. Wargo, from the above-captioned matter.

                                            FOR THE COURT:

                                            _____
                                                                     J.