IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDMOND C. GALLOWAY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES,<br><br>　　　　Defendant. | CIVIL ACTION NO. 05-50 Erie<br><br>JUDGE SEAN J. McLAUGHLIN |

## **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN THAT Edmond C. Galloway, plaintiff in the above-captioned matter, hereby appeals to the United States Circuit Court of Appeals for the Third Circuit from the final judgment of the United States District Court for the Western District of Pennsylvania, Erie Division, in the above-captioned action. Appeal is made from the final judgment entered in this action on the Court's Memorandum Opinion and Order of May 9, 2006 (Exhibit A), granting the Defendant's Motion for Summary Judgment and denying the Plaintiff's Motion for Summary Judgment.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　QUINN BUSECK LEEMHUIS TOOHEY
　　　　　　　　　　　　　　　　& KROTO, INC.

　　　　　　　　　　　　　　　　By:　　/s/Arthur D. Martinucci
　　　　　　　　　　　　　　　　　　Arthur D. Martinucci
　　　　　　　　　　　　　　　　　　Pa. I.D. #63699
　　　　　　　　　　　　　　　　　　2222 West Grandview Blvd.
　　　　　　　　　　　　　　　　　　Erie, PA 16506-4508
　　　　　　　　　　　　　　　　　　814.833.2222
　　　　　　　　　　　　　　　　　　Counsel for Edmond C. Galloway,
　　　　　　　　　　　　　　　　　　Plaintiff