Appeal filing fee
Rcpt # 06-374
$ 455.00

CA 05-50 E

```
       UNITED STATES
       DISTRICT COURT
  WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

       # 06000374  -  DM
        June 12, 2006


  Code    Case #     Qty      Amount

  APPEAL D 05-50 cv    1 @   455.00
                             455.00 CC


  TOTAL →               455.00


  FROM: ART MARTINUCCI, ESQ
        2222 WEST GRANDVIEW BLVD
        ERIE PA 16506
```